

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 20, 2022

**VIA ECF**
Honorable Renee Marie Bumb, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchel H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re: *Bristol-Myers Squibb Company v. Accord Healthcare, Inc.*
       **Case No. 1:22-cv-3743 (RMB/MJS)**

Dear Judge Bumb:

  This firm, together with Kirkland & Ellis, LLP, represents Plaintiff Bristol-Myers Squibb Company ("BMS") in the above-referenced matter. On behalf of BMS and Defendant Accord Healthcare, Inc., the parties hereby submit a Stipulation and Proposed Order of Dismissal. If the Stipulation and Proposed Order is acceptable to the Court, the parties respectfully request that Your Honor "So Order" the Stipulation and Proposed Order, have it entered on the docket and direct the Clerk of the Court to close the matter.

  As always, we thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions regarding the within.

          Respectfully submitted,

          */s/Liza M. Walsh*

          Liza M. Walsh

cc: All Counsel of Record (via ECF and email)

Enclosures.